IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAESAR L. CLAY
ADC # 121781                      PLAINTIFF

v.            No. 5:14-cv-13-DPM-JTK

KRISTIE BAKER, Parole Officer, Arkansas
Parole Board; RAY HOBBS, Director,
Arkansas Parole Board; and JOHN FELTS,
Chairman, Arkansas Parole Board          DEFENDANTS

### ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to Advisory Committee Notes). Clay is a three-striker. 28 U.S.C. § 1915(g). His motion to proceed *in forma pauperis*, № 1, is denied. His recently filed and duplicative IFP motion, № 4, is denied for the same reasons set out in Judge Kearney's proposal. Clay's complaint is dismissed without prejudice. If Clay wishes to continue this case, he must submit the $400.00 filing fee to the Clerk, noting the case style and number, together with a motion to reopen the case, by 14 March 2014.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2014