IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAESAR L. CLAY
ADC # 121781                                                                 PLAINTIFF

v.                          No. 5:14-cv-13-DPM

KRISTIE BAKER, Parole Officer, Arkansas
Parole Board; RAY HOBBS, Director,
Arkansas Parole Board; and JOHN FELTS,
Chairman, Arkansas Parole Board                                DEFENDANTS

## JUDGMENT

Clay's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2014